UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------ x
MARISSA ANGELIQUE FOURNIER,                  :
                                             :
                Plaintiff,   :   Case No: 13-cv-00702 (TJM) (ATB)
                                             :
    v.                                     :
                                             :   **NOTICE OF APPEARANCE**
BANK OF AMERICA CORPORATION;                 :
BANK OF AMERICA, N.A.;                       :
BOA HOME LOAN SERVICING, LP,                 :
                                             :
                Defendants.  :
                                             :
------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Bank of America Corporation and Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, sued as BOA Home Loan Servicing, LP in the above-captioned action.

The undersigned is admitted to practice in this court.

DATED:  September 4, 2013

                                              BRYAN CAVE LLP

                                              By: /s/ Suzanne M. Berger
                                                    Suzanne M. Berger
                                            1290 Avenue of the Americas
                                            New York, New York 10104
                                            Phone: 212-541-2000
                                            Fax: 212-541-4630
                                            smberger@bryancave.com

                                            *Attorneys for Defendants*

1749858.1