UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
MARISSA ANGELIQUE FOURNIER,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　:　　Case No: 13-cv-00702 (TJM) (ATB)
　　　　　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　**NOTICE OF APPEARANCE**
BANK OF AMERICA CORPORATION;　　　　　　　:
BANK OF AMERICA, N.A.;　　　　　　　　　　:
BOA HOME LOAN SERVICING, LP,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
--------------------------------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Bank of America Corporation and Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, sued as BOA Home Loan Servicing, LP in the above-captioned action.

The undersigned is admitted to practice in this court.

DATED:  September 4, 2013

　　　　　　　　　　　　　　　　　　　　　BRYAN CAVE LLP

　　　　　　　　　　　　　　　　　　　　　By: /s/ Scott H. Kaiser
　　　　　　　　　　　　　　　　　　　　　　　　Scott H. Kaiser
　　　　　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York 10104
　　　　　　　　　　　　　　　　　　　　　Phone: 212-541-2000
　　　　　　　　　　　　　　　　　　　　　Fax: 212-541-4630
　　　　　　　　　　　　　　　　　　　　　scott.kaiser@bryancave.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

1749904.1