BRYAN CAVE LLP
Suzanne M. Berger
Scott H. Kaiser
1290 Avenue of the Americas
New York, New York
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
smberger@bryancave.com
scott.kaiser@bryancave.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | | |
|---|---|---|
| MARISSA ANGELIQUE FOURNIER, | : | |
| | : | |
| Plaintiff, | : | Case No: 13-cv-00702 (TJM) (ATB) |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA CORPORATION; | : | |
| BANK OF AMERICA, N.A.; | : | |
| BOA HOME LOAN SERVICING, LP, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---------------------------------------------------------------- x

## DEFENDANTS' RULE 7.1 STATEMENT

Defendants Bank of America Corporation and Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, sued as BOA Home Loan Servicing, LP, by their attorneys, Bryan Cave LLP, hereby certify pursuant to FED. R. CIV. P. 7.1 as follows:

    1.    Bank of America, N.A. is wholly-owned by NB Holdings Corporation, which is wholly-owned by Bank of America Corporation.

    2.    Bank of America Corporation is a publicly traded company.

Dated: September 4, 2013

          **BRYAN CAVE LLP**

          By: /s/ Suzanne M. Berger
              Suzanne M. Berger
              Scott H. Kaiser
          1290 Avenue of the Americas
          New York, NY 10104
          Telephone: (212) 541-2000
          Facsimile: (212) 541-4630
          smberger@bryancave.com
          scott.kaiser@bryancave.com

          *Attorneys for Defendants*

1748474.1\0352616