# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**  Federal Building & Courthouse
Clerk  15 Henry Street
 Binghamton NY 13901
**JOHN M. DOMURAD**  607-773-2893
Chief Deputy

**DAN MCALLISTER**
Chief Deputy

September 5, 2013

Marissa Angelique Fournier
8170 Trolleys End
Cicero, NY 13039

RE: Marissa Angelique Fournier vs. Bank of America Corporation, et al
NYND CASE NO. 5:13-cv-702(TJM/ATB)

On September 5, 2013, the Defendant(s) filed a motion to dismiss in the above action.  **Your response to this motion is due on or before September 27, 2013.**

Pursuant to the Local and Federal Rules of Civil Procedure, expect service of the Defendant(s) motion within the next few days.

Please file your response to this motion in writing and in accordance with the Local and Federal Rules of Civil Procedure.  You may file your response by mailing it to:

> Federal Building & Courthouse
> 15 Henry Street
> Binghamton NY 13901

Very truly yours,

LAWRENCE K. BAERMAN, CLERK

By: s/ A. Topa
Case Processing Specialist