

Scott H. Kaiser
Direct: 212-541-1195
Fax: 212-541-1375
scott.kaiser@bryancave.com

October 4, 2013

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

**VIA ECF**

Hon. Thomas J. McAvoy
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Re:   *Marissa Angelique Fournier. v. Bank of America Corporation, et al.*,
      Case No. 13-cv-00702 (TJM) (ATB)

Dear Judge McAvoy:

This firm represents Bank of America Corporation and Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, sued herein as BOA Home Loan Servicing, LP (collectively "Defendants") in the action referenced above. On September 5, 2013, Defendants filed a motion to dismiss this action in its entirety.

Thereafter, the Court issued a Notice setting the motion for Your Honor's October 15, 2013 motion calendar and establishing deadlines of September 27, 2013 for Plaintiff to file opposition to Defendants' motion and October 4, 2013 for Defendants to file reply papers in further support of their motion.

Plaintiff has not served Defendants with opposition to the motion to dismiss, nor does the docket reflect the filing of any opposition to the motion. Because Plaintiff has not opposed their motion, there is no need for Defendants to submit a reply.

Defendants request that their motion to dismiss be considered on submission and that no appearances be required on the October 15 motion date.

Respectfully submitted,

*Scott Kaiser*

Scott H. Kaiser

Bryan Cave
International Consulting
*A TRADE AND CUSTOMS CONSULTANCY*
www.bryancaveconsulting.com
Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

cc:   Marissa Angelique Fournier (*pro se* Plaintiff) (via U.S. mail)

1756853.1\0356635