

Scott H. Kaiser
Direct: 212-541-1195
Fax: 212-541-1375
scott.kaiser@bryancave.com

November 25, 2013

**VIA ECF**

Hon. Thomas J. McAvoy
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:   *Marissa Angelique Fournier. v. Bank of America Corporation, et al.*,
       Case No. 13-cv-00702 (TJM) (ATB)

Dear Judge McAvoy:

This firm represents Bank of America Corporation and Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, sued herein as BOA Home Loan Servicing, LP (collectively "Defendants") in the action referenced above. On September 5, 2013, Defendants filed a motion to dismiss this action in its entirety. On October 16, 2013, after Defendants' motion had been marked submitted, Plaintiff requested an extension of time to oppose the motion. By Order dated October 18, 2013, Plaintiff was provided five weeks, until November 22, 2013 to submit opposition to Defendants' motion.

On November 22, 2013, Plaintiff did file opposition to Defendants' motion to dismiss, which is also titled as a cross-motion for a temporary injunction or restraining order. Defendants' reply papers in support of their motion to dismiss and in opposition to Plaintiff's cross-motion are currently due on November 29, 2013 and the motion is scheduled to be heard on the Court's December 9, 2013 motion calendar in Albany.

Defendants respectfully request additional time to prepare and submit opposition to Plaintiff's cross-motion and reply papers in further support of their motion to dismiss and that the motion be placed on Your Honor's January 13, 2014 motion calendar in Albany. Defendants also request that the motion be considered on submission.

Defendants' request for this extension of time is necessitated by the schedule's interplay with the Thanksgiving holiday. We note too that Plaintiff has now cross-moved in the extended period of time she was provided to submit her opposition to the motion. Defendants have made no prior application for this relief.

**Bryan Cave LLP**
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

**Bryan Cave Offices**
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

**Bryan Cave
International Consulting**
*A TRADE AND CUSTOMS CONSULTANCY*
www.bryancaveconsulting.com
Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

1764345.1\0356635

Hon. Thomas J. McAvoy  
November 25, 2013  
Page 2

Bryan Cave LLP

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Scott H. Kaiser

cc.: Marissa Angelique Fournier (*pro se* Plaintiff) (via U.S. mail)

1764345.1\0356635